USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
   **SUPPLY CHAIN PRODUCTS, LLC,**

                    **Plaintiff,**

          **-against-**

   **NCR CORPORATION,**

                    **Defendants.**
------------------------------------------------------------- x

19-cv-11376 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Defendant's letter withdrawing its request for a pre-motion conference. (ECF No. 30). Accordingly, the conference in this matter scheduled for August 5, 2020 is ADJOURNED.

**SO ORDERED.**

**Dated**:   August 4, 2020
            New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**