UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SUPPLY CHAIN PRODUCTS, LLC,                    :
                                               :
                              Plaintiff,        :            19-cv-11376 (ALC)
                                               :
              -against-                         :            **ORDER**
                                               :
NCR CORPORATION.,                               :
                                               :
                              Defendants.       :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/20

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should file a JSR by November 1, 2020

**SO ORDERED.**

**Dated:**   October 5, 2020

       New York, New York

                                   _____

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**