| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------- x<br>SUPPLY CHAIN PRODUCTS, LLC,<br><br>                Plaintiff,<br><br>      -against-<br><br>NCR CORPORATION,<br><br>                Defendant.<br>-------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Apr. 7, 2022<br><br>1:19-cv-11376 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' proposed stipulation and order regarding sealing and redacting the summary judgment submissions. ECF No. 95. The parties are ordered to comply with the Court's individual practice rules concerning electronic filing under seal, the ECF Rules & Instructions, and Standing Order 19-mc-00583. The parties shall refile their submissions in accordance with these rules and file their respective motions to seal by Thursday, April 21, 2022.

**SO ORDERED.**

Dated:    **April 7, 2022**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**