```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUPPLY CHAIN PRODUCTS, LLC,           :
                                      :
            Plaintiff,                :        **ORDER**
                                      :
    -v-                               :
                                      :        19-CV-11376 (ALC) (JLC)
NCR CORPORATION,                      :
                                      :
            Defendant.                :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

Following a request from the Clerk, the Court directs the parties to submit an order providing instruction for the funds tendered to the Clerk pursuant to N.Y. C.P.L.R. § 3219. In the proposed order, the parties should specify the dollar amount of the funds to be held and if the funds are to be held in the registry of the Court or in an interest-bearing account. The parties should submit the proposed order **no later than July 21, 2022**. A sample order is attached.

    **SO ORDERED.**

Dated: July 20, 2022
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              Plaintiff(s),    :        ORDER AUTHORIZING
                                                                :        DEPOSIT

                                                                 :        _____ Civ. _____

                                        Defendant(s).    :
-------------------------------------------------------------X

        _____ having made a requesting that the Court issue an Order directing the Clerk of Court to accept the funds in the amount of $_____.

        IT IS HEREBY ORDERED, that the Clerk of Court accept and deposit the funds into the [Court Registry Investment System (CRIS) / registry of the Court] pending further Order of the Court.

Dated:_____
      New York, New York

                                              SO ORDERED:


                                              _____
                                              United States District Judge/Magistrate Judge