USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/21/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

SUPPLY CHAIN PRODUCTS, LLC            19-CV-11376-ALC-JLC

      Plaintiff,

   vs.

NCR CORPORATION

      Defendant.
---------------------------------------------------------------- x

## ORDER GRANTING NCR'S REQUEST TO FILE ORDER UNDER SEAL

Having considered Defendant NCR Corporation's Letter Request for leave to file the proposed Order Authorizing Deposit with the Clerk of Court under seal, the Court finds that Defendant's Motion is GRANTED.

Accordingly, it is ORDERED that the Order Authorizing Deposit shall be filed under seal with the Court.

Dated: New York, New York
       July 21, 2022

_____
JAMES L. COTT
United States Magistrate Judge