```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
SUPPLY CHAIN PRODUCTS, LLC

       Plaintiff,                            19-CV-11376-ALC-JLC

      vs.

NCR CORPORATION

       Defendant.
----------------------------------------------------------------- x

### ORDER GRANTING NCR'S REQUEST TO FILE ORDER UNDER SEAL

Having considered Defendant NCR Corporation's Letter Request for leave to file the proposed Order Releasing Deposit under seal, the Court finds that Defendant's Motion is GRANTED.

Accordingly, it is ORDERED that the Order Releasing Deposit shall be filed, separately, under seal with the Court. The Court respectfully directs the Clerk of Court to modify the viewing level for the Order Releasing Deposit to the Selected Parties viewing level restricted to court users and the following parties: Plaintiff Supply Chain Products, LLC and Plaintiff's counsel, and Defendant NCR Corporation and Defendant's counsel.

**SO ORDERED.**

Dated: New York, New York
           August 2, 2022

                                                                                                                         JAMES L. COTT
                                                                                                                      United States Magistrate Judge