UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUPPLY CHAIN PRODUCTS, LLC,

                Plaintiff,

    -against-                        19-CV-11376 (ALC)(JLC)

NCR CORPORATION,                **ORDER**

                Defendant.

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' joint status report at ECF No. 145. The Court shall hold a status conference on **Wednesday, May 3 at 3:30 p.m.** The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**).

    SO ORDERED

Dated:  April 27, 2023
          New York, New York

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge